Exhibit A to the Complaint

**Location:** Valley Stream, NY  
**Total Works Infringed:** 34  
**IP Address:** 108.46.209.113  
**ISP:** Verizon Fios

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | A5766BFB17A0957E21489BE42288628A253F70F1 | 01/12/2025 00:07:15 | Vixen | 01/10/2025 | 01/16/2025 | PA0002509625 |
| 2 | 9B63A82A8DB390322626A30FAFB451EA95F98745 | 01/11/2025 23:49:11 | TushyRaw | 01/07/2025 | 01/16/2025 | PA0002509654 |
| 3 | 4FD4FAEF5C5D3ABC720E36F2DC723AA6C40D64CE | 01/05/2025 17:54:40 | Tushy | 09/14/2020 | 09/29/2020 | PA0002258682 |
| 4 | 57896E3706A72FB30E7ED7B9361EE6388BDAE82B | 12/05/2024 22:33:19 | Vixen | 03/05/2017 | 05/25/2017 | PA0002049788 |
| 5 | 47B34C001144F107BDC947898C4537779222F95D | 11/18/2024 20:19:19 | Tushy | 11/17/2024 | 12/13/2024 | PA0002506267 |
| 6 | 46C0FC7763AA487666AB2F8B870C4D11037036D2 | 10/15/2024 21:19:30 | Tushy | 08/04/2024 | 08/14/2024 | PA0002484839 |
| 7 | 4de0889d91184660432cc31db18eb776a4e15edf | 10/14/2024 21:36:50 | TushyRaw | 07/19/2023 | 08/17/2023 | PA0002425534 |
| 8 | c548464060ea57383698487fc5a3da03b523d389 | 10/08/2024 23:41:14 | Slayed | 02/15/2022 | 03/04/2022 | PA0002345470 |
| 9 | CF200D8754F2C358A35BC087A3A9B21F3D7087C1 | 09/19/2024 00:25:12 | Vixen | 07/24/2020 | 08/03/2020 | PA0002259166 |
| 10 | 4C0A6860372B31EAD5CF0A781499B0EE7BDF31AD | 07/07/2024 16:47:07 | Tushy | 01/21/2018 | 02/20/2018 | PA0002104191 |
| 11 | a2aaddba9ff254421a116f968c6a6519f2b6ec67 | 07/03/2024 23:11:39 | Blacked | 03/06/2019 | 03/31/2019 | PA0002163978 |
| 12 | 2026CB54B901DFC5A0492D0621144FB0646DD9E9 | 06/07/2024 22:25:53 | Tushy | 10/08/2023 | 10/18/2023 | PA0002435597 |
| 13 | AAB43732CA29D96F72C32A4D7590FD1111D8A86C | 06/04/2024 22:22:00 | Vixen | 04/04/2019 | 04/29/2019 | PA0002169968 |
| 14 | C2C2D4D4E9A73508178B5AB1CE64093DC88F2C7C | 06/04/2024 22:20:58 | Vixen | 05/10/2024 | 06/18/2024 | PA0002476920 |
| 15 | 3D7690B89943E78EE1B015364D6D983919E05E73 | 05/30/2024 21:10:37 | Tushy | 02/06/2022 | 02/14/2022 | PA0002335460 |
| 16 | ece5f3145fb809dc91c821537dae7d422c90f656 | 05/25/2024 22:11:51 | Blacked | 11/25/2019 | 12/09/2019 | PA0002216262 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | 38915103e04dfa0b4002bfe71ba15c4c25eceff5 | 05/09/2024 03:03:52 | Vixen | 02/08/2018 | 03/01/2018 | PA0002079183 |
| 18 | 0E3F0D32BB1209102CF9F8B2ED78EB097FE552B3 | 05/06/2024 22:18:02 | Tushy | 12/10/2023 | 01/16/2024 | PA0002449506 |
| 19 | 0E7D5A2A3A673CDC4F787D97D2FAD7B6EAD093DD | 04/18/2024 20:46:54 | Tushy | 05/28/2023 | 06/09/2023 | PA0002415376 |
| 20 | 727178DEDE59549B0F3D19A6AE9F515971FBF3AC | 04/14/2024 18:29:43 | Vixen | 01/08/2021 | 02/02/2021 | PA0002280513 |
| 21 | efcb636ff3164260dd6b108dfbd41966f8f30d67 | 04/14/2024 18:26:24 | Milfy | 03/27/2024 | 06/24/2024 | PA0002477488 |
| 22 | 33B74B885232453CB3DC43A1634268A9E0E1A8AB | 03/18/2024 15:00:26 | TushyRaw | 03/05/2024 | 03/13/2024 | PA0002459340 |
| 23 | C1489E53348BF2D3E5567F6013923086EFCADD1C | 03/14/2024 22:02:38 | Vixen | 10/31/2017 | 12/05/2017 | PA0002097990 |
| 24 | 90BDBE90D0AAFF75CBDF183D095462E91AB67311 | 03/14/2024 21:30:41 | Tushy | 02/11/2024 | 03/12/2024 | PA0002459333 |
| 25 | CD8972855E56ABB5EE842D45CEE0F8223BA251E1 | 01/21/2024 15:54:48 | Vixen | 01/19/2024 | 02/13/2024 | PA0002454774 |
| 26 | 3222ff216775ab7cb4515f78a19046eecb3ebfd3 | 12/28/2023 19:09:43 | TushyRaw | 11/15/2023 | 12/13/2023 | PA0002445430 |
| 27 | f78d58d90a5d14a782ca99d13255eb3cf5437235 | 12/14/2023 01:57:17 | TushyRaw | 12/06/2023 | 12/13/2023 | PA0002445426 |
| 28 | 0BF2F77667DA2D5179A2C98B9962C4E361CB7630 | 10/28/2023 18:59:24 | Tushy | 10/16/2022 | 11/27/2022 | PA0002388606 |
| 29 | 1A834E3DD1093049BAF026D39D07F035E90563D4 | 07/27/2023 00:50:27 | Vixen | 07/29/2022 | 08/29/2022 | PA0002367717 |
| 30 | E2CA4D4217E8E7EDD519E8CC21101219F0611D8A | 07/03/2023 23:47:15 | Blacked | 09/19/2020 | 09/29/2020 | PA0002258681 |
| 31 | 5bdfe2c977d09abacff2d39528f243eee2cdecb4 | 06/29/2023 00:03:20 | Blacked Raw | 07/06/2019 | 08/02/2019 | PA0002192304 |
| 32 | 3947c7c3dcecaa06091209631c025e0a69c87a9f | 06/29/2023 00:01:11 | Blacked Raw | 06/13/2023 | 07/13/2023 | PA0002420359 |
| 33 | F263B7146E8D7BFC4A1702C1B44B99E0B4258CDD | 06/28/2023 21:41:18 | Vixen | 06/16/2023 | 07/13/2023 | PA0002420352 |
| 34 | 3D28EDE594037E007579CEB7E3390ED7172D9EE4 | 06/10/2023 20:33:46 | Blacked Raw | 02/21/2020 | 03/18/2020 | PA0002241534 |